IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**EDWARD DALON, Surviving Spouse and**                                 **PLAINTIFF**
**Administrator of the Estate of Judy L.**
**Dalon, Deceased**

**V.**                                                   **NO. 4:15-CV-00086-DMB-JMV**

**RULEVILLE NURSING AND**
**REHABILITATION CENTER, LLC**                                           **DEFENDANT**

## ORDER GRANTING MOTION TO CONTINUE HEARING

On July 15, 2015, Defendant filed a motion to compel arbitration. Doc. #4. On February 8, 2016, this Court entered an order denying the motion to compel without prejudice "to renew following a hearing on the enforceability of the [alleged arbitration a]greement." Doc. #19 at 14. The same day, the Court noticed the evidentiary hearing for March 3, 2016. Doc. #20.

Ten days later, on February 18, 2016, Plaintiff filed a motion to continue the evidentiary hearing "approximately thirty (30) days …." Doc. #21. Plaintiff represents that such relief is justified because his counsel's father died unexpectedly last week and, as a result, Plaintiff's counsel must travel to South Carolina to assist with family matters. Doc. #22 at ¶ 4. Plaintiff further represents the motion is unopposed. *Id*. at ¶ 6.

Upon consideration, Plaintiff's motion to continue [21] is **GRANTED**. The evidentiary hearing on the enforceability of the arbitration agreement will be continued to April 21, 2016, by separate notice.

**SO ORDERED**, this 18th day of February, 2016.

                                                              **/s/ Debra M. Brown**
                                                              **UNITED STATES DISTRICT JUDGE**