UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

EDWARD DALON, SURVIVING SPOUSE
AND ADMINISTRATOR OF THE ESTATE OF
JUDY L. DALON, DECEASED     PLAINTIFF

v.     CIVIL ACTION NO. 4:15-cv-00086-DMB-JMV

RULEVILLE NURSING AND
REHABILITATION CENTER, LLC     DEFENDANT

## JOINT STIPULATION OF DISMISSAL

Plaintiff Edward Dalon Surviving Spouse and Administrator of the Estate of Judy L. Dalon, Deceased, and Defendant Ruleville Nursing and Rehabilitation Center, LLC submit this Joint Stipulation of Dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

The parties have agreed to submit all of their claims in this matter to binding arbitration. Accordingly, all claims asserted in this matter against Ruleville Nursing and Rehabilitation Center, LLC are dismissed without prejudice. Each party shall bear their own costs. The Court retains jurisdiction to enforce the decision of the arbitrator or enforce any settlement reached between the parties.

This the 26th day of April, 2016.

STIPULATED:

| | |
|---|---|
| s/ David E. Goodman Jr. | s/ Clay Gunn |
| David E. Goodman, Jr. | Bradley W. Smith (MB No. 9834) |
| BURCH, PORTER & JOHNSON, PLLC | Clay Gunn (MB No. 102920) |
| 130 North Court Avenue | BAKER, DONELSON, BEARMAN, |
| Memphis, Tennessee 38103 | CALDWELL & BERKOWITZ, PC |
| dgoodman@bpjlaw.com | MAILING: Post Office Box 14167 |
| **Counsel for Plaintiff** | Jackson, Mississippi 39236-4167 |
| | PHYSICAL: One Eastover Center |
| | 100 Vision Drive, Suite 400 |
| | Jackson, Mississippi 39211-6391 |
| | bsmith@bakerdonelson.com |
| | cgunn@bakerdonelson.com |
| | **Counsel for Defendant** |