# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**EDWARD DALON, Surviving Spouse and**            **PLAINTIFF**
**Administrator of the Estate of Judy L.**
**Dalon, Deceased**

**V.**            **NO. 4:15-CV-00086-DMB-JMV**

**RULEVILLE NURSING AND**
**REHABILITATION CENTER, LLC**            **DEFENDANT**

## ORDER

On April 26, Ruleville Nursing and Rehabilitation Center, LLC, filed a Joint Stipulation of Dismissal signed by all parties, stipulating to dismissal of this action without prejudice. Doc. #27. The parties represent that the dismissal is to allow for submission of Plaintiff's claims to binding arbitration. *Id*. Accordingly, the Clerk of Court is **DIRECTED** to close this case on the Court's docket. The Court retains jurisdiction to enforce the decision of the arbitrator or enforce any settlement reached between the parties.

**SO ORDERED**, this 27th day of April, 2016.

                                                       /s/ Debra M. Brown
                                                       **UNITED STATES DISTRICT JUDGE**